**Michael BRADLEY, Petitioner–Appellant,**

v.

**William ANDERSON, Warden; Michael Easley, Respondents–Appellees.**

**No. 01–6644.**

United States Court of Appeals, Fourth Circuit.

Submitted Aug. 24, 2001.

Decided Oct. 10, 2001.

Michael Bradley, pro se.

Before NIEMEYER, DIANA GRIBBON MOTZ, and TRAXLER, Circuit Judges.

PER CURIAM.

Michael Bradley appeals the district court's order granting in part and denying in part his motion to proceed on appeal in forma pauperis in *Bradley v. Anderson,* No. 00–7770 (pending), ordering him to remit a $50 partial filing fee within thirty days. He also appeals the district court's order denying his motion for reconsideration of the imposition of a partial filing fee. We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we deny a certificate of appealability, deny leave to proceed in forma pauperis in the present appeal, and dismiss this appeal on the reasoning of the district court. *See Bradley v. Anderson,* No. CA–00–265–1–02–MU (W.D.N.C. Jan. 17, 2001; Mar. 8, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*